AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

CRISTAL BILLHOFER, On behalf of herself
and all others similarly situated,

                        Plaintiff,

    v.

FLAMEL TECHNOLOGIES, SA, STEPHEN H. WILLARD
RAFAEL JORDA, KENNETH LUNDSTROM, REMI MEYRUEIX,
                      Defendants

**APPEARANCE**

Case Number: 1:07-cv-09920-CSH

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    FLAMEL TECHNOLOGIES, SA,

                      Defendant.

I certify that I am admitted to practice in this court.

| 12/7/2007 | *(signature)* |
|---|---|
| Date | Signature |
| | David Wertheimer      DW-6802 |
| | Print Name      Bar Number |
| | Hogan & Hartson LLP, 875 Third Avenue |
| | Address |
| | New York    New York    10022 |
| | City    State    Zip Code |
| | (212) 918-3000    (212) 918-3100 |
| | Phone Number    Fax Number |

## CERTIFICATE OF SERVICE

Peter J. Dennin, an attorney associated with Hogan & Hartson LLP, does hereby certify that on the 7th day of December, 2007, he served the foregoing document via the court's electronic notification system upon:

**David Avi Rosenfeld**
Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road Suite 200
Melville, NY 11747
Email: drosenfeld@csgrr.com

Dated: New York, New York                       s/_____
                                                PETER J.DENNIN