AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

CRISTAL BILLHOFER, On behalfofherself
and allothers similarly situated,
　　　　　　　　　　　　　　Plaintiff,

v

FLAMEL TECHNOLOGIES,SA, STEPHEN H. WILLARD
RAFAEL JORDA, KENNETH LUNDSTROM, REMI
MEYRUEIX,
　　　　　　　　　　　　　　Defendants.

**APPEARANCE**

Case Number: 1:07-cv-09920-CSH

To the Clerk of this court and all parties of record:

　　Enter my appearance as counsel in this case for
　　FLAMEL TECHNOLOGIES, SA,

　　　　　　　　　　Defendant.

　　I certify that I am admitted to practice in this court.

| 12/7/2007 | [signature] |
|---|---|
| Date | Signature |

Peter J. Dennin　　　　　　　　　　　　　　　PD-9916
Print Name　　　　　　　　　　　　　　　　　Bar Number

Hogan & Hartson LLP, 875 Third Avenue
Address

| New York | New York | 10022 |
|---|---|---|
| City | State | Zip Code |

| (212) 918-3000 | (212) 918-3100 |
|---|---|
| Phone Number | Fax Number |

CERTIFICATE OF SERVICE

      Peter J. Dennin, an attorney associated with Hogan & Hartson LLP, does hereby certify that on the 7th day of December, 2007, he served the foregoing document via the court's electronic notification system upon:

**David Avi Rosenfeld**
Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road Suite 200
Melville, NY 11747
Email: drosenfeld@csgrr.com

Dated: New York, New York        s/_____
                                                              PETER J.DENNIN