UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CHRISTEL BILLHOFER, On Behalf of Herself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>FLAMEL TECHNOLOGIES, SA, et al.,<br><br>                Defendants. | Civil Action No. 1:07-cv-09920-CSH<br><br><u>CLASS ACTION</u><br><br>NOTICE OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL |

PLEASE TAKE NOTICE that class member Christel Billhofer, by her counsel, will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) appointing Christel Billhofer as Lead Plaintiff; (ii) approving Christel Billhofer's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iii) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Christel Billhofer submits herewith a Memorandum of Law and Declaration of Mario Alba Jr., dated January 8, 2008.

DATED: January 8, 2008

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP


/s/ *Mario Alba Jr.*
MARIO ALBA JR.

SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs and the Class

I:\Flamel\LP Motion\LP Motion.doc

**CERTIFICATE OF SERVICE**

I, Mario Alba Jr., hereby certify that on January 8, 2008, I caused a true and correct copy of the attached:

> Notice of Motion for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel;
>
> Memorandum in Support of the Motion of Christel Billhofer for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel; and
>
> Declaration of Mario Alba Jr. in Support of the Motion of Christel Billhofer for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel,

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

                                          */s/ Mario Alba Jr.*
                                          Mario Alba Jr.

FLAMEL

Service List - 1/7/2008    (07-0241)

Page 1 of 1

**Counsel For Defendant(s)**

David F. Wertheimer
Peter J. Dennin

Hogan & Hartson LLP

875 Third Avenue

New York, NY 10022

   212/918-3000
   212/918-3100(Fax)

**Counsel For Plaintiff(s)**

Samuel H. Rudman
David A. Rosenfeld

Coughlin Stoia Geller Rudman & Robbins LLP

58 South Service Road, Suite 200

Melville, NY 11747

   631/367-7100
   631/367-1173(Fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTEL BILLHOFER, On Behalf of Herself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>FLAMEL TECHNOLOGIES, SA, et al.,<br><br>      Defendants. | Civil Action No. 1:07-cv-09920-CSH<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL |

Having considered the Motion of Christel Billhofer for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of Mario Alba Jr. in support thereof, and good cause appearing therefor:

1. Christel Billhofer is hereby appointed Lead Plaintiff for the class pursuant to Section 21D of the Securities Exchange Act of 1934; and

2. The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.

IT IS SO ORDERED.

DATED: _____   _____
　　　　　　　　　　　　　　　　THE HONORABLE CHARLES S. HAIGHT
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

I:\Flamel\LP Motion\LP Order.doc