UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――― x
CHRISTEL BILLHOFER, On Behalf of        :    Civil Action No. 1:07-cv-09920-CSH
Herself and All Others Similarly Situated,  :
                                        :    <u>CLASS ACTION</u>
                Plaintiff,              :
                                        :    NOTICE OF NON-OPPOSITION TO
        vs.                             :    CHRISTEL BILLHOFER'S MOTION FOR
                                        :    APPOINTMENT AS LEAD PLAINTIFF
FLAMEL TECHNOLOGIES, SA, et al.,        :    AND FOR APPROVAL OF SELECTION OF
                                        :    LEAD COUNSEL
                Defendants.             :
                                        :
―――――――――――――――――――――― x

On January 8, 2008, within 60 days of the publication of the requisite notice on November 9, 2007, class member Christel Billhofer ("Billhofer") timely filed a Motion for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel. No other motions were filed. Therefore, Billhofer respectfully submits this notice to inform the Court that her motion is unopposed.

As set forth in her prior submission, Billhofer: (i) timely filed her motion; (ii) has the largest financial interest in the relief sought by the class (having suffered losses of $18,289.00); and (iii) satisfies Federal Rule of Civil Procedure 23.

Accordingly, pursuant to the Private Securities Litigation Reform Act of 1995, Billhofer is the "most adequate plaintiff" to lead this litigation on behalf of the class and her selection of lead counsel should be approved. *See* 15 U.S.C. §78u-4(a)(3)(B)(iii); *see also Fitzgerald v. Citigroup Inc.*, No. 03 Civ. 4305 (DAB), 2004 U.S. Dist. LEXIS 5066, at *12-*13 (S.D.N.Y. Mar. 26, 2004) (granting unopposed lead plaintiff motion); *Martingano v. Am. Int'l Group, Inc.*, No. 06-CV-1625 (JG) (JMA), 2006 U.S. Dist. LEXIS 47855, at *10-*11 (E.D.N.Y. July 11, 2006) (same); *In re Symbol Techs. Sec. Litig.*, No. 05-CV-3923 (DRH)(JO), 2006 U.S. Dist. LEXIS 24776 (E.D.N.Y. Apr. 26, 2006) (same).

DATED: January 25, 2008                    COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
                                           SAMUEL H. RUDMAN
                                           DAVID A. ROSENFELD


                                                  */s/ David A. Rosenfeld*
                                           DAVID A. ROSENFELD

                                           58 South Service Road, Suite 200
                                           Melville, NY  11747
                                           Telephone:  631/367-7100
                                           631/367-1173 (fax)

                                           [Proposed] Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on January 25, 2008, caused a true and correct copy of the attached:

> Notice of Non-Opposition to Christel Billhofer's Motion for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel.

*/s/ David A. Rosenfeld*
David A. Rosenfeld

FLAMEL

Service List - 1/7/2008    (07-0241)

Page 1 of 1

**Counsel For Defendant(s)**

David F. Wertheimer
Peter J. Dennin

Hogan & Hartson LLP

875 Third Avenue

New York, NY  10022

   212/918-3000
   212/918-3100 (Fax)

**Counsel For Plaintiff(s)**

Samuel H. Rudman
David A. Rosenfeld

Coughlin Stoia Geller Rudman & Robbins LLP

58 South Service Road, Suite 200

Melville, NY  11747

   631/367-7100
   631/367-1173 (Fax)