UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

CHRISTEL BILLHOFER, On Behalf of : Civil Action No. 1:07-cv-09920-CSH
Herself and All Others Similarly Situated, :
: CLASS ACTION
Plaintiff, :
: [PROPOSED] ORDER APPOINTING LEAD
vs. : PLAINTIFF AND APPROVING
: SELECTION OF LEAD COUNSEL
FLAMEL TECHNOLOGIES, SA, et al., :
:
Defendants. :
---------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08

Having considered the Motion of Christel Billhofer for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of Mario Alba Jr. in support thereof, and good cause appearing therefor:

1. Christel Billhofer is hereby appointed Lead Plaintiff for the class pursuant to Section 21D of the Securities Exchange Act of 1934; and

2. The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.

IT IS SO ORDERED.

DATED: 02/11/08

_____
THE HONORABLE CHARLES S. HAIGHT
UNITED STATES DISTRICT JUDGE

I:\Flamel\LP Motion\LP Order.doc

- 1 -