UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
CHRISTEL BILLHOFER, On Behalf of          :
Herself and All Others Similarly Situated, :
                                           :   Civ. No. 07 Civ. 9920 (CSH)
                   Plaintiff,              :
                                           :         (ECF Case)
       vs.                                 :
                                           :
FLAMEL TECHNOLOGIES, SA, STEPHEN           :
H. WILLARD, and RAFAEL JORDA,              :
                                           :
                   Defendants.             :
------------------------------------------------------------------ x

## NOTICE OF MOTION BY FLAMEL TECHNOLOGIES, SA
## TO DISMISS THE AMENDED COMPLAINT

                    David Wertheimer
                    Peter J. Dennin
                    HOGAN & HARTSON LLP
                    875 Third Avenue
                    New York, New York 10022
                    Tel: (212) 918-3000
                    Fax: (212) 918-3100

                    Counsel for Defendant
                    Flamel Technologies, SA

Dated: May 12, 2008

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law of Flamel Technologies, SA ("Flamel"), dated May 12, 2008, the Declaration of David Wertheimer, executed on May 12, 2008 and the exhibits annexed thereto, and all prior pleadings and papers filed in this action, Flamel, by its attorneys, Hogan & Hartson LLP, hereby moves this Court before the Honorable Charles S. Haight, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, 15 U.S.C. §78u-4(b), for an order dismissing with prejudice all claims asserted it in the amended complaint filed in this action.

Dated: May 12, 2008

                Respectfully submitted,

                HOGAN & HARTSON LLP


                By: _____/s/_____
                     David Wertheimer
                Peter J. Dennin
                875 Third Avenue
                New York, New York 10022
                Tel: (212) 918-3000
                Fax: (212) 918-3100

                Counsel for Defendant
                Flamel Technology, SA

## **CERTIFICATE OF SERVICE**

I hereby declare that on May 12, 2008, I caused a true and correct copy of the foregoing to be electronically filed and to be served, by United States Mail, first-class postage prepaid on counsel for plaintiff at the following address:

Samuel H. Rudman
David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

/s/
David Wertheimer