

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



-------------------------------------------------- x
CHRISTEL BILLHOFER, On Behalf of : Civil Action No. 1:07-cv-09920-CSH
Herself and All Others Similarly Situated, :
: CLASS ACTION
Plaintiff, :
: STIPULATION AND [PROPOSED] ORDER
vs. :
:
FLAMEL TECHNOLOGIES, SA, et al., :
:
Defendants. :
:
-------------------------------------------------- x

WHEREAS, pursuant to the Court's Order dated December 4, 2007: (i) Lead Plaintiff filed her Consolidated Amended Complaint on March 27, 2008; and (ii) defendant Flamel Technologies, SA filed its Motion to Dismiss on May 12, 2008;

WHEREAS, Lead Plaintiff's Opposition to Defendant's Motion to Dismiss is currently due on June 26, 2008, and Defendant's reply is due thirty (30) days thereafter;

WHEREAS, Lead Plaintiff has requested a short extension of the foregoing schedule which Defendant does not oppose;

WHEREAS, no prior extension of this schedule has been granted;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as follows:

1.  Lead Plaintiff shall file papers in opposition to Defendant's Motion to Dismiss on or before July 17, 2008.

2.  Defendant shall file a Reply in Further Support of its Motion to Dismiss on or before August 19, 2008.

DATED: June 23, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN

*/s/ Robert Rothman*

ROBERT M. ROTHMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

*Attorneys for Lead Plaintiff*

HOGAN & HARTSON LLP
DAVID F. WERTHEIMER

*/s/ David F. Wertheimer*

DAVID F. WERTHEIMER

875 Third Avenue
New York, NY 10022
Telephone: 212/918-3000
212/918-3100 (fax)

*Attorneys for Defendant Flamel Technologies, SA*

\* \* \*

ORDER

IT IS SO ORDERED.

DATED: 6/25/08

*/s/ Charles S. Haight*

THE HONORABLE CHARLES S. HAIGHT, JR.
UNITED STATES DISTRICT JUDGE

- 2 -