UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| CHRISTEL BILLHOFER, On behalf of<br>Herself and All Others Similarly Situated, | : <br> : <br> : | |
| Plaintiff, | : | |
| vs. | : | Civ. No. 07 Civ. 9920 (CSH) |
| | : | |
| FLAMEL TECHNOLOGIES S.A.,<br>STEPHEN H. WILLARD and RAFAEL<br>JORDA, | : <br> : <br> : <br> : | (ECF case) |
| Defendants. | : | |

------------------------------------------------------------x

## CORPORATE DISCLOSURE STATEMENT
## OF FLAMEL TECHNOLOGIES S.A.

The undersigned, counsel of record for defendant Flamel Technologies S.A. ("Flamel"), submits this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states that (a) Flamel has no parent corporation; and (b) there is no publicly held corporation which owns 10% or more of Flamel's stock.

Dated: August 20, 2008

Respectfully submitted,

HOGAN & HARTSON L.L.P.

By:_____/s/_____
    David Wertheimer
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100

Attorneys for Defendant
Flamel Technologies S.A.

2

## CERTIFICATE OF SERVICE

This is to certify that I caused to be served a true and correct copy of the foregoing Corporate Disclosure Statement upon counsel of record on this 20th day of August, 2008 at the address set forth below:

David A. Rosenfeld
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747

Attorneys for Plaintiff
Christel Billhofer

/s/
David Wertheimer

2