UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CHRISTEL BILLHOFER, On Behalf of Herself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>FLAMEL TECHNOLOGIES, SA, et al.,<br><br>                    Defendants. | Civil Action No. 1:07-cv-09920-RWS<br><br><u>CLASS ACTION</u><br><br>NOTICE OF MOTION FOR CLASS CERTIFICATION, CERTIFICATION OF CLASS REPRESENTATIVE AND APPOINTMENT OF CLASS COUNSEL |

      PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Lead Plaintiff's Motion for Class Certification, Certification of Class Representative and Appointment of Class Counsel; the Declaration of Michael A. Marek, dated January 22, 2010; and all of the prior papers and proceedings herein, Lead Plaintiff Christel Billhofer shall move, before the Honorable Robert W. Sweet, U.S.D.J., Courtroom 18C, United States District Courthouse, 500 Pearl Street, New York, New York, 10007, on a date and time as may be designated by the Court, for an Order (attached hereto as Exhibit A) pursuant to Rule 23 of the Federal Rules of Civil Procedure:

      1.     Certifying the Action as a Class Action pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure on behalf of all those who purchased the American Depository Receipts of defendant Flamel Technologies, SA ("Flamel"), between March 23, 2007 and August 22, 2007, inclusive, and were damaged thereby. Excluded from the class are defendants Flamel, Stephen H. Willard, Rafael Jorda, the officers and directors of Flamel at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which defendants have or had a controlling interest;

2. Certifying Christel Billhofer as Class Representative; and

3. Appointing Coughlin Stoia Geller Rudman & Robbins LLP as Class Counsel.

DATED: January 22, 2010                COUGHLIN STOIA GELLER
                                         RUDMAN & ROBBINS LLP
                                       SAMUEL H. RUDMAN
                                       DAVID A. ROSENFELD
                                       JARRETT S. CHARO


                                       */s/ David A. Rosenfeld*
                                       DAVID A. ROSENFELD

                                       58 South Service Road, Suite 200
                                       Melville, NY  11747
                                       Telephone:  631/367-7100
                                       631/367-1173 (fax)

                                       *Lead Counsel for Plaintiff*

I:\Flamel\Pleadings\100120 NOT of MOT for Class Cert.doc

- 2 -

**CERTIFICATE OF SERVICE**

I, David A. Rosenfeld, hereby certify that January 22, 2010, I caused a true and correct copy of the attached:

> Notice of Motion for Class Certification, Certification of Class Representatives and Appointment of Class Counsel;
>
> Memorandum of Law in Support of Motion for Class Certification, Certification of Class Representatives and Appointment of Class Counsel; and
>
> Declaration of Michael A. Marek

to be served electronically on all counsel registered for electronic service for this case.

*/s/ David A. Rosenfeld*
David A. Rosenfeld