```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

Billhofer,

-v.-

Hamel Technologies.
------------------------------------------------------------x

: 07 Civ 9920 (RWS)

Please be advised that the conference scheduled for 5/12/10 has been ~~rescheduled to~~ Adjourned. (TC)

~~_____ at _____ in Courtroom 18C~~ (TC)

~~Please notify opposing counsel of the change.~~

SO ORDERED.

Dated: New York, New York
4/30/10

_____
ROBERT W. SWEET
United States District Judge