UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

CHRISTEL BILLHOFER, On Behalf of Herself
and All Others Similarly Situated

               Plaintiff,

   - against -

FLAMEL TECHNOLOGIES, SA, ET AL.,

               Defendants.

-------------------------------------X

07 Civ. 9920 (RWS)

O R D E R

**Sweet, D.J.**

      Plaintiff's Motion to Withdraw and Substitute Lead Plaintiff and Amend Case Management Order will be heard at noon on Wednesday, June 2, 2010, in Courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

**New York, NY**
**May 5, 2010**

                               ROBERT W. SWEET
                                 U.S.D.J.


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/10