USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/12/13___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
CHRISTEL BILLHOFER, On Behalf of Herself
and All Others Similarly Situated,

Plaintiffs,

-against-

FLAMEL TECHNOLOGIES, S.A., et al.,

Defendants.
-------------------------------------------------------------X

07 **CIVIL** 9920 (RWS)

**JUDGMENT**

Defendants Flamel Technologies, S.A. ("Flamel") and Stephen H. Willard ("Willard") (collectively the "Flamel Defendants") having moved for summary judgment pursuant to Fed. R. Civ. P. 56 dismissing the first amended complaint (the "FAC"), and the matter having come before the Honorable Robert W. Sweet, United States District Judge, and the Court, on March 7, 2013, having rendered its Opinion granting the motion of the Flamel Defendants, and dismissing the FAC of the Plaintiff with prejudice and costs, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated March 7, 2013, the motion of the Flamel Defendants is granted, and the FAC of the Plaintiff is dismissed with prejudice and costs.

**Dated:** New York, New York
　　　　　March 12, 2013

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____